Ida Green, Appellant, v. Joseph Schwartz, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Frederick Gross, Appellant, v. Van Brunt Street and Erie Basin Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Henry Hack, Respondent, v. Michael J. Dady, Appellant.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, on the authority of *Hack* v. *Dady* (*ante*, p. 253), decided herewith. Jenks, Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented.

Parvin Harbaugh, Appellant, v. Hollis Park Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Henry T. Hawkey and Simon J. Kelder, Copartners, Composing the Firm of Hawkey & Kelder, Respondents, v. Frank E. Smith, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Sophia Heiberger and Others, as Executors, etc., of William Heiberger, Deceased, Respondents, v. Benzion Karfiol, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.